427 A.2d 254

Greater Penna. Savings Assn. etc. v. Evancho et ux., Appellants.

Argued March 17, 1980.   Albert H. Aston, Jr., submitted a brief on behalf of appellants;   Anthony J. Dixon, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.
Affirmed.

427 A.2d 254

Hittner, Admnx. Est. of Hittner, Jr., dec'd. v. Radocy & Sons, Inc., etc. v. Green Mfg., Inc., Appellant.

Argued November 15, 1979.   James P. McKenna, Jr., for appellant;   Kim Bobrowsky, for Hittner, appellee;   Louis Anstandig, for Radocy & Sons, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.
The order of the lower court is hereby affirmed.

VAN der VOORT, J., concurred in the result.